IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARKEMA INC. and ARKEMA FRANCE, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | NO. 10-2886 |
| HONEYWELL INTERNATIONAL, INC., | : : | |
| Defendant. | : : : | |

**ORDER**

**AND NOW**, this 2nd day of February, 2012, upon careful consideration of plaintiffs' motion for leave to supplement the complaint (document no. 58), defendant's opposition thereto, and plaintiffs' reply, and after oral argument, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

**BY AGREEMENT OF THE PARTIES** at oral argument, discovery and pretrial motions shall proceed in accordance with the following amended schedule:

1. All discovery, including expert discovery, shall proceed forthwith and continue in such manner as will ensure that all the parties complete discovery by **March 19, 2012**.

2. The parties shall file their opening Markman claim construction briefs on or before **April 2, 2012**. The parties shall file their opposition Markman claim construction briefs by **May 2, 2012**. The parties shall file their reply Markman

claim construction briefs by **May 16, 2012**. The court will thereafter schedule oral argument.

3. All motions for summary judgment or partial summary judgment shall be filed and served within **30 days after** the disposition of the Markman motions. The party opposing a motion for summary judgment shall file its response within **30 days after** the motion for summary judgment was filed. The parties' reply briefs for any motion for summary judgment shall be filed **14 days after** the response brief was filed.

In order to resolve remaining discovery disputes between the parties as set forth in their letters of September 2, 2011, a telephone conference is scheduled for February 14, 2012 at 10 a.m. Counsel for the plaintiffs shall set up the conference call with the appropriate attorney for the defendant and the court.

                                                                                      /s/ William H. Yohn Jr., Judge
                                                                                         William H. Yohn Jr., Judge