# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ARKEMA INC. *et al.* | : |
| Plaintiffs, | : |
|  | : CIVIL ACTION |
| v. | : |
|  | : NO. 10-cv-2886 |
| HONEYWELL INTERNATIONAL, INC. | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 25th day of September, 2013, upon careful consideration of defendant's motion to stay litigation pending *inter partes* reexamination by the U.S. Patent and Trademark Office (Doc. No. 93), plaintiffs' opposition thereto, and defendant's reply, and after oral argument, it is hereby **ORDERED** that the motion to stay the litigation is **GRANTED**. Arkema may petition the court to lift the stay once one or more of the certificates has been issued.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge