IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARKEMA INC., et al. | : | CIVIL ACTION |
| vs. | : | |
| HONEYWELL INTERNATIONAL, INC., et al. | : | NO.: 10-cv-2886 |

### O R D E R

AND NOW, this 18th day of AUGUST, 2015, in accordance with the court's procedure for random reassignment of cases, it is hereby,

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable William H. Yohn, Jr., to the calendar of the Honorable Ronald L. Buckwalter.

FOR THE COURT:

PETRESE B. TUCKER
Chief Judge

ATTEST:

*Michael E. Kunz*
_____
MICHAEL E. KUNZ
Clerk of Court